IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| APRIL LLANE DANIEL | ) | CASE NO. 4-07-02580-EWH |
| | ) | |
| Debtor(s). | ) | **APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following surplus funds check has been issued to the Debtor and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| Debtors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|
| APRIL LLANE DANIEL<br>1170 S. DENZIA RD<br>APACHE JUNCTION, AZ 85219 | $1,862.42 | $1,862.42 |

_____12/16/10_____  /s/ SJK_____
Date                            Stanley J. Kartchner, Trustee